UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GURLEY E. GLENN, )
)
         Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:16-CV-697-FL
)
METECH RECYCLING, INC.; MIKE )
McMORROW, Chief Financial Officer; )
and ANDREW McMANUS, Chief )
Executive Officer, )
)
         Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 28, 2017, and for the reasons set forth more specifically therein, that this case is dismissed without prejudice.

**This Judgment Filed and Entered on February 28, 2017, and Copies To:**
Patricia L. Holland (via CM/ECF Notice of Electronic Filing)
Gurley E. Glenn (via U.S. Mail) 12305 Hampton Rd., Rougemont, NC 27572-7520

February 28, 2017         JULIE RICHARDS JOHNSTON, CLERK
                                        /s/ Christa N. Baker
                                        (By) Christa N. Baker, Deputy Clerk